# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JULIUS BONDS, JR,**

        **Petitioner,**

    **v.**                                **Case No. 10-C-1132**

**GREGORY GRAMS,**

        **Respondent.**

## ORDER DENYING CERTIFICATE OF APPEALABILITY

On January 20, 2011, the court entered an order dismissing the petitioner's petition for a writ of habeas corpus. (Docket No. 7.) Because this constitutes a "final order adverse to the applicant," in accordance with Rule 11 of the Rules Governing Section 2254 Cases, the court must now either issue or deny the petitioner a certificate of appealability. The court concludes that the petitioner has failed to make "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2254(c)(2), and therefore the court hereby denies the petitioner a certificate of appealability.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this <u>21st</u> day of January, 2011.

                                                                                  <u>s/AARON E. GOODSTEIN</u>
                                                                                  U.S. Magistrate Judge